AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation
Sheet 1

# UNITED STATES DISTRICT COURT

_____ EASTERN _____ District of _____ ARKANSAS _____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

| | |
|---|---|
| LEONARD WAYNE VAN HOUTEN | Case Number: 4:01cr00047 JMM |
| | USM Number: 22356-009 |
| | Bruce Eddy |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  General  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| General | Defendant shall not commit another federal, state or local crime. | 4/21/04 |

        The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:  ***-**-9500 | July 31, 2006 |
| Defendant's Date of Birth:  **/**/1965 | Date of Imposition of Judgment |
| | *James M. Moody* (signature) |
| | Signature of Judge |
| Defendant's Residence Address: | |
| Redacted Pursuant to JCUS Policy | James M. Moody |
| | UNITED STATES DISTRICT JUDGE |
| | Name and Title of Judge |
| | Aug 1, 2006 |
| Defendant's Mailing Address: | Date |
| Redacted Pursuant to JCUS Policy | |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: LEONARD WAYNE VAN HOUTEN
CASE NUMBER: 4:01cr00047-01 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   twenty-four (24) months to run consecutively to the undischarged term of imprisonment he is now serving in the Arkansas Department of Corrections.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL